CAL LAW APC
Calvin Chang, Bar No. 277851
cal@callawapc.com
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone: (916) 538-0225

Attorneys for Plaintiff
JOHN MALASPINA

MORGAN, LEWIS & BOCKIUS LLP
Andrew P. Frederick, Bar No. 284832
Michelle L. Quach, Bar No. 335098
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001
andrew.frederick@morganlewis.com
michelle.quach@morganlewis.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MALASPINA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., a Delaware corporation; and DOES 1 through 20,<br><br>Defendants. | Case No.: 3:25-cv-05411-JSC<br><br>*[Assigned for all purposes to the Honorable Jacqueline Scott Corley]*<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MEDIATION DEADLINE AND FACT DISCOVERY CUT-OFF**<br><br>Complaint Filed: April 15, 2025<br>FAC Filed: April 23, 2025<br>SAC Filed: December 2, 2025<br>Trial Date: August 3, 2027 |

Plaintiff John Malaspina ("Plaintiff") and Defendant American Airlines, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 22, 2026, the Court entered Pretrial Order No. 1: Case Schedule (ECF No. 43), which set the mediation deadline on October 9, 2026 and the fact discovery cut-off on December 17, 2026;

WHEREAS, also in the Court's Pretrial Order No. 1: Case Schedule (ECF No. 43), the Court directed the Parties to submit their agreement regarding an ADR process and deadlines by May 20, 2026;

WHEREAS, pursuant to the Court's Pretrial Order No. 1, on May 18, 2026, the Parties submitted a stipulation requesting referral of this matter to a Magistrate Judge for a settlement conference, and that the settlement conference be conducted in person at the United States District Court for the Northern District of California (ECF No. 45);

WHEREAS, on May 18, 2026, the Court granted the Parties stipulation and referred this matter to a Magistrate Judge for a settlement conference;

WHEREAS, on May 19, 2026, this matter was referred to Magistrate Judge Kandis A. Westmore for a settlement conference;

WHEREAS, on July 9, 2026, the Parties attended a settlement conference planning / scheduling call with Magistrate Judge Kandis A. Westmore;

WHEREAS, on July 14, 2026, Magistrate Judge Kandis A. Westmore set a settlement conference for November 13, 2026 at 10:00 a.m. to be held in-person at the United States District Court for the Northern District of California;

WHEREAS, the November 13, 2026 settlement conference is currently set for a date after the October 9, 2026 mediation deadline and approximately a month prior to the December 17, 2026 fact discovery cut-off deadline;

WHEREAS, in the interest of judicial economy and to conserve the Parties' resources to allow the Parties to focus their efforts on the November 13, 2026 settlement conference, the

Parties agree that the Court should continue the mediation deadline from October 9, 2026 to November 13, 2026 and the fact discovery cut-off deadline from December 17, 2026 to February 26, 2027.

IT IS HEREBY STIPULATED AND AGREED that the parties respectfully request that the Court continue the mediation deadline from October 9, 2026 to November 13, 2026, the same date as the settlement conference with Magistrate Judge Kandis A. Westmore, and the fact discovery cut-off deadline by approximately two months from December 17, 2026 to February 26, 2027.

**IT IS SO STIPULATED.**

Dated: August 4, 2026

CAL LAW APC

By: */s/ Calvin Chang*
Calvin Chang
Attorneys for Plaintiff
JOHN MALASPINA

Dated: August 4, 2026

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Michelle L. Quach*
Andrew P. Frederick
Michelle L. Quach
Attorneys for Defendant
AMERICAN AIRLINES, INC.

**Attestation Regarding Signatures**

I, Michelle L. Quach, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 4, 2026

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Michelle L. Quach*
Michelle L. Quach

Attorneys for Defendant
AMERICAN AIRLINES, INC.

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing, the Court hereby continues the mediation deadline from October 9, 2026 to November 13, 2026 and the fact discovery cut-off deadline from December 17, 2026 to February 26, 2027.

**IT IS SO ORDERED.**

Dated: August 5, 2026

By: Jacqueline Scott Corley

HON. JACQUELINE SCOTT CORLEY
United States District Judge